UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-702 |
| | § | |
| DANIEL ANTHONY LABAR | § | |

### ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion For Release of Material Witnesses **Maria G. Sandoval-Correa** and **Jose Antonio Cortes-Santoyo,** finds that these witnesses should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore,

**ORDERED** that **Maria G. Sandoval-Correa** and **Jose Antonio Cortes-Santoyo** be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement. It is further,

**ORDERED** that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED and ORDERED this 5th day of February, 2008.

_____
Janis Graham Jack
United States District Judge